**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRIS HILL,                                No. C-12-00372 DMR

        Plaintiff(s),          **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    v.

BAY AREA RAPID TRANSIT DISTRICT,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

     The Case Management Conference previously scheduled for September 5, 2012 has been

CONTINUED to **December 5, 2012 at 1:30 p.m.**,  Courtroom 4, 3rd Floor, U.S. District Court,

1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than

**November 28, 2012.**

     IT IS SO ORDERED.

Dated:  August 31, 2012

_____
DONNA M. RYU
United States Magistrate Judge