DALE L. ALLEN, JR., SBN 145279
KEVIN P. ALLEN, SBN 252290
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendants
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
(Sued as Bay Area Rapid Transit District) (hereinafter "BART");
KENTON RAINEY in his official capacity as CHIEF OF POLICE
FOR BART; JAMES CROWELL, individually and in his official
capacity as a Police Officer for BART; and MYRON LEE,
individually and in his official capacity as a Police Officer for BART

JOHN L. BURRIS, Esq. SBN 69888
ADANTE D. POINTER Esq. SBN 236229
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiff
CHRIS HILL, a personal representative of the ESTATE OF CHARLES HILL;
The ESTATE OF CHARLES HILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HILL, a personal representative of the ESTATE OF CHARLES HILL; The ESTATE OF CHARLES HILL, <br><br> Plaintiff, <br><br> v. <br><br> BAY AREA RAPID TRANSIT DISTRICT, et al. <br><br> Defendants. | **Case No. 4:12-cv-00372 DMR** <br><br> **JOINT REQUEST TO CONTINUE DECEMBER 5, 2012 CASE MANAGEMENT UNTIL JANUARY 9, 2013** |

///

- 1 -

REQUEST TO CONTINUE DECEMBER 5, 2012 CASE MANAGEMENT CONFERENCE

USDC CASE NO. 4:12-cv-00372 DMR

1  The parties respectfully request the Court continue the upcoming Case Management
2  Conference, currently scheduled for December 5, 2012. The continuance is requested because
3  Defendants' counsel unfortunately possesses a scheduling conflict that cannot be resolved.
4  The parties have met-and-conferred, and agree to continue the Case Management
5  Conference until January 9, 2013.

6  Dated:   December 4, 2012                    LOW, BALL & LYNCH

8                                               By_____/s/_____
                                                    DALE L. ALLEN, JR.
9                                                   KEVIN P. ALLEN
                                                    Attorneys for Defendants
10                                                  SAN FRANCISCO BAY AREA RAPID
                                                    TRANSIT DISTRICT (Sued as Bay Area
11                                                  Rapid Transit District) (hereinafter
                                                    "BART"); KENTON RAINEY in his
12                                                  official capacity as CHIEF OF POLICE
                                                    FOR BART; JAMES CROWELL,
13                                                  individually and in his official capacity as a
                                                    Police Officer for BART; and MYRON
14                                                  LEE, individually and in his official
                                                    capacity as a Police Officer for BART

16  Dated: December 4, 2012                     LAW OFFICES OF JOHN L. BURRIS

18                                              By_____/s/_____
                                                    JOHN L. BURRIS
19                                                  ADANTE D. POINTER
                                                    Attorneys for Plaintiff
20                                                  CHRIS HILL, a personal representative of
                                                    the ESTATE OF CHARLES HILL;
21                                                  The ESTATE OF CHARLES HILL

1  **[PROPOSED] ORDER**

2  Good cause being shown, despite the lateness of the request, ~~Pursuant to the Request for Continuance herein,~~ it is HEREBY ORDERED that the Case Management Conference -- currently scheduled for December 5, 2012 -- be rescheduled for January 9, 2013 at 1:30 p.m.  An updated joint case management conference statement is due on January 2, 2013.

7  **IT IS SO ORDERED.**

**Dated:   Dec. 5, 2012**

HON. DONNA M. RYU

