1  DALE L. ALLEN, JR., SBN 145279
   KEVIN P. ALLEN, SBN 252290
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California  94111-2584
   Telephone  (415) 981-6630
4  Facsimile   (415) 982-1634

5  Attorneys for Defendants
   SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
6  (Sued as Bay Area Rapid Transit District) (hereinafter "BART");
   KENTON RAINEY in his official capacity as CHIEF OF POLICE
7  FOR BART; JAMES CROWELL, individually and in his official
   capacity as a Police Officer for BART; and MYRON LEE,
8  individually and in his official capacity as a Police Officer for BART

9

10 JOHN L. BURRIS, Esq. SBN 69888
   ADANTE D. POINTER Esq. SBN 236229
11 LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
12 7677 Oakport Street, Suite 1120
   Oakland, California 94621
13 Telephone: (510) 839-5200
   Facsimile:  (510) 839-3882
14
   Attorneys for Plaintiff
15 CHRIS HILL, a personal representative of the ESTATE OF CHARLES HILL;
   The ESTATE OF CHARLES HILL
16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19
   CHRIS HILL, a personal representative of the  )  **Case No. 4:12-cv-00372 DMR**
20 ESTATE OF CHARLES HILL; The ESTATE             )
   OF CHARLES HILL,                               )  **JOINT REQUEST TO CONTINUE**
21                                                )  **DECEMBER 5, 2012 CASE**
                  Plaintiff,                      )  **MANAGEMENT UNTIL JANUARY 9,**
22                                                )  **2013**
        v.                                        )
23                                                )
   BAY AREA RAPID TRANSIT DISTRICT, et            )
24 al.                                            )
                                                  )
25                                                )
                  Defendants.                     )
26                                                )

27 ///

28

- 1 -

1  The parties respectfully request the Court continue the upcoming Case Management
2  Conference, currently scheduled for December 5, 2012. The continuance is requested because
3  Defendants' counsel unfortunately possesses a scheduling conflict that cannot be resolved.
4  The parties have met-and-conferred, and agree to continue the Case Management
5  Conference until January 9, 2013.

6  Dated:   December 4, 2012                              LOW, BALL & LYNCH

8                                                         By _____/s/_____
9                                                             DALE L. ALLEN, JR.
                                                              KEVIN P. ALLEN
10                                                            Attorneys for Defendants
                                                              SAN FRANCISCO BAY AREA RAPID
11                                                            TRANSIT DISTRICT (Sued as Bay Area
                                                              Rapid Transit District) (hereinafter
12                                                            "BART"); KENTON RAINEY in his
                                                              official capacity as CHIEF OF POLICE
13                                                            FOR BART; JAMES CROWELL,
                                                              individually and in his official capacity as a
14                                                            Police Officer for BART; and MYRON
                                                              LEE, individually and in his official
15                                                            capacity as a Police Officer for BART

16  Dated: December 4, 2012                               LAW OFFICES OF JOHN L. BURRIS

18                                                        By _____/s/_____
19                                                            JOHN L. BURRIS
                                                              ADANTE D. POINTER
20                                                            Attorneys for Plaintiff
                                                              CHRIS HILL, a personal representative of
21                                                            the ESTATE OF CHARLES HILL;
                                                              The ESTATE OF CHARLES HILL

1 **[PROPOSED] ORDER**

2 Good cause being shown, despite the lateness of the request, ~~Pursuant to the Request for Continuance herein,~~ it is HEREBY ORDERED that the Case Management Conference -- currently scheduled for December 5, 2012 -- be rescheduled for January 9, 2013 at 1:30 p.m.  An updated joint case management conference statement is due on January 2, 2013.

**IT IS SO ORDERED.**

Dated:   Dec. 5, 2012



HON. DONNA M. RYU
Judge Donna M. Ryu

- 3 -