1  DALE L. ALLEN, JR., SBN 145279
   KEVIN P. ALLEN, SBN 252290
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111
   Telephone:     (415) 981-6630
4  Facsimile:     (415) 982-1634
   Email: dallen@lowball.com
5  Email: kallen@lowball.com

6  Attorneys for Defendant
   SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
7  (Sued as Bay Area Rapid Transit District) (hereinafter "BART");
   KENTON RAINEY in his official capacity as CHIEF OF POLICE
8  FOR BART; JAMES CROWELL, individually and in his official
   capacity as a Police Officer for BART; and MYRON LEE,
9  individually and in his official capacity as a Police Officer for BART

10

11                    UNITED STATES DISTRICT COURT

12               FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | CHRIS HILL, a personal representative of the | Case No. 4:12-cv-00372 DMR
   | ESTATE OF CHARLES HILL; The ESTATE |
14 | OF CHARLES HILL, | **STIPULATION AND [PROPOSED]**
                     | **ORDER CONTINUING MANDATORY**
15 |            Plaintiff, | **SETTLEMENT CONFERENCE**
                          | AS MODIFIED
16 |      vs. |

17 | BAY AREA RAPID TRANSIT DISTRICT, a
   | municipal corporation; KENTON W.
18 | RAINEY in his official capacity as CHIEF OF
   | POLICE for BAY AREA RAPID TRANSIT
19 | DISTRICT; JAMES CROWELL individually
   | and in his official capacity as a Police Officer
20 | for BAY AREA RAPID TRANSIT
   | DISTRICT; MYRON LEE individually and in
21 | his official capacity as a Police Officer for
   | BAY AREA RAPID TRANSIT DISTRICT;
22 | DOES 1-50, inclusive; individually and in
   | their official capacities as POLICE
23 | OFFICERS for BAY AREA RAPID
   | TRANSIT,
24
   |            Defendant.
25

26  ///

27  ///

28  ///

**STIPULATION TO CONTINUE ~~EXPERT DISCLOSURE DEADLINE~~ MANDATORY SETTLEMENT CONFERENCE**

In its Order dated May 14, 2013, this Court ordered a settlement conference for July 11, 2013. (*See*, Docket Number 25.) The Order specified that "[i]f a party is unable to participate in the conference on this date, that party must meet and confer with opposing counsel to find another date on which all parties are available and then contact courtroom deputy Lili Harrell as soon as possible."

On July 11, 2013, Plaintiff and Defendants' counsel will be in trial in another matter, in the Eastern District of California (*Gregory Williams v. City of Merced et al*. USDC Case No. 1:10-cv-01999-MJS). That trial commences July 9, 2013. The parties have met-and-conferred, and agreed-upon a new settlement conference date: August 6, 2013. They have communicated this date to Ms. Harrell, who confirmed the Court's availability that day.

Accordingly, Plaintiff and Defendants hereby stipulate as follows, and respectfully request that the Court enter an order pursuant to their stipulation:

1. That the settlement conference currently scheduled for July 11, 2013 be continued until August 6, 2013, at 1:00 p.m. Settlement Conference Statements shall be submitted by July 31, 2013.

SO STIPULATED.

Dated: June 21, 2013

                LOW, BALL & LYNCH

                By    */s/ Dale L. Allen Jr.*
                DALE L. ALLEN, JR.
                KEVIN P. ALLEN
                Attorneys for Defendant
                SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT (SUED AS BAY AREA RAPID TRANSIT DISTRICT) (HEREINAFTER "BART"); KENTON RAINEY IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE FOR BART; JAMES CROWELL, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR BART; AND MYRON LEE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR BART

Dated: June 21, 2013

                LAW OFFICES OF DAVID J. BEAUVAIS

By   */s/ Adante Pointer* (authorized to e-sign)
     JOHN L. BURRIS
     ADANTE POINTER
     Attorneys for Plaintiff
     CHRIS HILL

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: June 25, 2013           _____
                                                HON. M. COUSINS



IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins