**United States District Court**
For the Northern District of California

1

2

3

4

5 UNITED STATES DISTRICT COURT

6 NORTHERN DISTRICT OF CALIFORNIA

7

8 CHRIS HILL,                                    No. C-12-00372 DMR

9          Plaintiff,                            **ORDER RE STATEMENT OF**
                                                 **UNDISPUTED MATERIAL FACTS**

10         v.

11 BAY AREA RAPID TRANSIT DISTRICT, *et*
   *al.*,
12         Defendants.
   _____/

13

14         On July 18, 2013, Defendants filed a motion for summary judgment, [Docket No. 28], but

15 did not file a joint statement of undisputed material facts with the motion. Pursuant to this court's

16 Standing Order, motions for summary judgment **shall be** accompanied by a joint statement of the

17 material facts not in dispute by citations to admissible evidence. Accordingly, by no later than **July**

18 **26, 2013**, Defendants shall file a joint statement of undisputed material facts regarding the motion

19 and shall file an amended motion for summary judgment that references the joint statement of

20 undisputed material facts. Defendants' amended motion for summary judgment may not contain any

21 arguments that were not presented in the motion that was filed on July 18, 2013. The briefing and

22 hearing schedule for the motion for summary judgment shall otherwise remain unchanged.

23

24         IT IS SO ORDERED.

25

26 Dated: July 22, 2013

27                                               
                                                 _____
28                                               DONNA M. RYU
                                                 United States Magistrate Judge