United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRIS HILL,                                         No. C-12-00372 DMR

       Plaintiff,                         **ORDER RE STATEMENT OF UNDISPUTED MATERIAL FACTS**

    v.

BAY AREA RAPID TRANSIT DISTRICT, *et al.*,

       Defendants.
_____/

On July 18, 2013, Defendants filed a motion for summary judgment, [Docket No. 28], but did not file a joint statement of undisputed material facts with the motion. Pursuant to this court's Standing Order, motions for summary judgment **shall be** accompanied by a joint statement of the material facts not in dispute by citations to admissible evidence. Accordingly, by no later than **July 26, 2013**, Defendants shall file a joint statement of undisputed material facts regarding the motion and shall file an amended motion for summary judgment that references the joint statement of undisputed material facts. Defendants' amended motion for summary judgment may not contain any arguments that were not presented in the motion that was filed on July 18, 2013. The briefing and hearing schedule for the motion for summary judgment shall otherwise remain unchanged.

IT IS SO ORDERED.

Dated: July 22, 2013



_____
DONNA M. RYU
United States Magistrate Judge