DALE L. ALLEN, JR., SBN 145279
KEVIN P. ALLEN, SBN 252290
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendants
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
(Sued as Bay Area Rapid Transit District) (hereinafter "BART");
KENTON RAINEY in his official capacity as CHIEF OF POLICE
FOR BART; JAMES CROWELL, individually and in his official
capacity as a Police Officer for BART; and MYRON LEE,
individually and in his official capacity as a Police Officer for BART


JOHN L. BURRIS, Esq. SBN 69888
ADANTE D. POINTER Esq. SBN 236229
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiff
CHRIS HILL, a personal representative of the ESTATE OF CHARLES HILL;
The ESTATE OF CHARLES HILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HILL, a personal representative of the ESTATE OF CHARLES HILL; The ESTATE OF CHARLES HILL, <br><br> Plaintiff, <br><br> v. <br><br> BAY AREA RAPID TRANSIT DISTRICT, et al. <br><br> Defendants. | **Case No. 4:12-cv-00372 DMR** <br><br> **JOINT STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |

///

- 1 -

1 The parties hereby stipulate (and respectfully request) that the Mandatory Settlement Conference currently scheduled for August 6, 2013 be rescheduled until mid-to-late September. The reason for the request is Defendants' Motion for Summary Judgment/Adjudication, currently scheduled to be heard August 22, 2013. The likelihood of productive, successful MSC is greater after the Motion is heard and ruled upon.

Because the parties do not know the exact date the Court will issue its ruling regarding Defendants' Motion, the parties respectfully request a date in mid-to-late September. If the ruling has not been issued by then, the parties request a MSC date sometime after the ruling is issued.

SO STIPULATED.

Dated:   August 2, 2013                                LOW, BALL & LYNCH


                                                       By_____/s/_____
                                                          DALE L. ALLEN, JR.
                                                          KEVIN P. ALLEN
                                                          Attorneys for Defendants
                                                          SAN FRANCISCO BAY AREA RAPID
                                                          TRANSIT DISTRICT (Sued as Bay Area
                                                          Rapid Transit District) (hereinafter
                                                          "BART"); KENTON RAINEY in his
                                                          official capacity as CHIEF OF POLICE
                                                          FOR BART; JAMES CROWELL,
                                                          individually and in his official capacity as a
                                                          Police Officer for BART; and MYRON
                                                          LEE, individually and in his official
                                                          capacity as a Police Officer for BART


Dated: August 2, 2013                                  LAW OFFICES OF JOHN L. BURRIS


                                                       By_____/s/_____
                                                          JOHN L. BURRIS
                                                          ADANTE D. POINTER
                                                          Attorneys for Plaintiff
                                                          CHRIS HILL, a personal representative of
                                                          the ESTATE OF CHARLES HILL;
                                                          The ESTATE OF CHARLES HILL

1  **[PROPOSED] ORDER**

2  Pursuant to the Stipulated Request herein, it is HEREBY ORDERED that the Mandatory
3  Settlement Conference -- currently scheduled for August 6, 2013 -- be vacated. It will be
4  rescheduled for a later date, pending the Court's ruling on Defendants' pending Motion for
5  Summary Judgment/Summary Adjudication.

6
7  **IT IS SO ORDERED.**



9
10  **Dated:**   August 5, 2013          **HON.**

- 3 -