1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11  CHRIS HILL,                                          No. C-12-00372 DMR

12              Plaintiffs,                              **JUDGMENT**

13       v.

14  BAY AREA RAPID TRANSIT DISTRICT,

15              Defendants.

16  _____/

17       This matter having been fully considered, and the issues having been fully decided, and the

18  court having granted Defendants' motion for summary judgment,

19       It is Ordered and Adjudged that Plaintiff take nothing, and that the action be dismissed.

20

21       IT IS SO ORDERED.

22

23  Dated:  September 18, 2013

24  _____
25  DONNA M. Ryu
    United States Magistrate Judge

26

27

28